IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

NATHANIEL TATE,

          Plaintiff,

    v.

NOTS LOGISTICS, L.L.C. and TKT,
INC. d/b/a/ NORRENBERNS
TRUCK SERVICE,

          Defendants.

CIVIL ACTION FILE

NO. 4:12-CV-00238-WEJ

## ORDER

On August 29, 2012, plaintiff, Nathaniel Tate, filed a civil action [1-2] in the Superior Court of Gordon County, Georgia seeking, inter alia, unpaid overtime compensation pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  On October 9, 2012, defendants removed that action [1] to this Court.  The parties then engaged in a period of discovery.

On April 9, 2013, the parties filed their Joint Motion for Judicial Approval of Settlement Agreement [23], voluntarily seeking to settle and dismiss this case.  The Court has reviewed the parties' Settlement Agreement and General Release [23-1] (the "Agreement") and concludes that the terms of that Agreement are fair, reasonable, and satisfactory.  See Lynn's Food Stores, Inc. v. United States, 679 F.2d

1350, 1353 (11th Cir. 1982) (requiring court to scrutinize settlement of private action for back wages under FLSA for fairness).  Consequently, the Court approves the Agreement.

For the reasons stated above, the Court

**GRANTS** the Joint Motion for Judicial Approval of Settlement Agreement [23], **DISMISSES** this case **WITH PREJUDICE**, and **DIRECTS** the Clerk to **CLOSE** this case.

**SO ORDERED**, this 10th day of April, 2013.


_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

2